IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:16-CR-39-CAR |
| v. | VIOLATION: 18 U.S.C. § 2422(b) |
| MOHAMMED NIHAL PATEL, | |
| Defendant | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
(Attempted Online Enticement of a Minor)

On or about October 15, 2016, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

MOHAMMED NIHAL PATEL,

Defendant herein, did use a facility of interstate and foreign commerce, that is the Internet and a cellular telephone, to knowingly attempt to persuade, induce, entice, and coerce, M., an individual Defendant believed to be a fourteen (14) year old female, to engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, to wit, a criminal offense under Georgia law, to wit, Attempted Enticement of a Child for Indecent Purposes under Georgia Code Section 16-6-5; all in violation of Title 18, United States Code, Section 2422(b).

**FORFEITURE NOTICE**
**(18 U.S.C. § 2428 – Criminal Forfeiture)**

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 2422(b) set forth in Count One of the Indictment, the Defendant,

**MOHAMMED NIHAL PATEL,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s); and/or any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation.

3. If any property subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(b)(2).

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL.

/s/
FOREPERSON OF THE GRAND JURY

Presented by:

G.F. PETERMAN, III
UNITED STATES ATTORNEY

TAMARA A. JARRETT
Assistant United States Attorney

Filed in open court this 8 day of NOV, 2016.

Deputy Clerk