AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

United States of America
v.

MOHAMMED NIHAL PATEL
*Defendant*

Case No. 3:16-CR-00039-001(CAR)
1720-1109-0215 J
Fid# 10200186

US MARSHALS SERVICE
MIDDLE GEORGIA
2016 NOV -9 PM 3:55

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MOHAMMED NIHAL PATEL ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempted Online Enticement of a Minor

Date: November 9, 2016

s/ Gail G. Sellers
*Issuing officer's signature*

City and state: Athens, Georgia

Gail G. Sellers, Deputy Clerk
*Printed name and title*

(Seal: United States District Court, Middle District of Georgia)

**Return**

This warrant was received on *(date)* 110916 , and the person was arrested on *(date)* 12-13-16
at *(city and state)* Greensboro, GA .

Date: 12/13/16

[signature]
*Arresting officer's signature*

Stephenie R. Usher
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: MOHAMMED NIHAL PATEL

Known aliases: __________

Last known residence: ,

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: __________

Social Security number: __________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address: __________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: __________

Date of last contact with pretrial services or probation officer *(if applicable)*: __________