**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

**UNITED STATES OF AMERICA** :
: **DOCKET NO. 3:16-CR-39(CAR)**
**v.** :
:
**MOHAMMED NIHAL PATEL** :
:

Filed at 4:28 PM
02-06, 2017
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

**CHANGE OF PLEA**

I, MOHAMMED NIHAL PATEL, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report, do now hereby plead **GUILTY** to Count One of the Superseding Information, this 6 day of February, 2017.

I also acknowledge the fact that the Court is required to consider any applicable sentencing guideline when imposing sentence in this case.

MOHAMMED NIHAL PATEL
DEFENDANT

MANUBIR S. ARORA
ATTORNEY FOR DEFENDANT

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY